Matt Valenti, Esq. (State Bar No. 253978)
VALENTI LAW APC
5252 Balboa Avenue, Suite 700
San Diego, CA 92117
Phone: (619) 540-2189
E-mail: mattvalenti@valentilawapc.com

Attorney for Plaintiff Raul Uriarte-Limon

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL URIARTE-LIMON,<br><br>      Plaintiff,<br><br>vs.<br><br>SMOKE CENTRAL LLC, a California limited liability company; MILLENNIUM INVESTMENT LLC, a California limited liability company; and DOES 1-10,<br><br>      Defendants. | Case No.: 2:22-cv-01036-MWF-AGR<br><br>JOINT MOTION TO DISMISS PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii) |

Pursuant to F.R.CIV.P. 41 (a)(1)(A)(ii), the parties hereby apply to the court that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This motion is made as the matter has been resolved to the satisfaction of all parties.

Respectfully submitted,

DATED: July 18, 2022     VALENTI LAW APC

By:  */s/ Matt Valenti*
　　　Matt Valenti, Esq.
　　　Attorney for Plaintiff

DATED: July 18, 2022     LAW OFFICES OF ALBERT CHANG

By:  */s/ Hector Hsu*
　　　Hector Hsu, Esq.
　　　Attorneys for Defendant

# SIGNATURE ATTESTATION

Pursuant to Civil L.R 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in this document's content and have authorized the filing of this document with the use of their electronic signature.

DATED: July 18, 2022                          VALENTI LAW APC

                                              By:  */s/ Matt Valenti*
                                                   Matt Valenti, Esq.
                                                   Attorney for Plaintiff